KNIGHT LAW GROUP LLP
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Maite Colon (SBN 322284)
maitec@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250

Attorneys for Plaintiffs,
**ROBERTO ISLAS and**
**FERNANDO ISLAS**

**MORTENSON TAGGART LLP**
Michael D. Mortenson (SBN 247758)
mmortenson@mortensontaggart.com
Craig A. Taggart (SBN: 239168)
ctaggart@mortensontaggart.com
300 Spectrum Center Drive, Suite 1100
Irvine, CA 92618
Telephone: (949) 774-2224
Fax: (949) 774-2545

Attorneys for Defendant,
**FORD MOTOR COMPANY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO ISLAS and FERNANDO ISLAS**<br><br>        Plaintiffs,<br> vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,**<br>        Defendant. | **CASE NO : 5:18-cv-02221-GW-SP**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Honorable Judge George H. Wu |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendant (jointly referred to as the "Parties"), by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in principle in the above referenced matter. The Parties have exchanged settlement agreement drafts and anticipate having a written and executed settlement agreement completed within a business day. Thus, the Parties request that the Court vacate any upcoming hearings and deadlines while settlement is pending.

Once all terms of the settlement are completed and payment is received by the Plaintiffs, including payment of both the settlement funds and Plaintiffs' attorneys' fees, cost and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

IT IS SO STIPULATED:                    Respectfully Submitted,

Dated:    May 10, 2021                  **KNIGHT LAW GROUP, LLP**

                                        /s/ Steve Mikhov
                                        Steve Mikhov
                                        Attorneys for Plaintiffs


Dated:    May 10, 2021                  **FORD MOTOR COMPANY**


                                        /s/Craig Taggart
                                        Michael D. Mortenson
                                        Craig A. Taggart
                                        Attorneys for Defendant