# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTO ISLAS and FERNANDO ISLAS,**<br><br>Plaintiff,<br><br>vs.<br><br>**FORD MOTOR COMPANY,**<br><br>Defendant. | Case No.: EDCV 18-2221-GW-SPx<br><br>The Honorable George H. Wu<br>United States District Judge<br><br>**ORDER GRANTING PLAINTIFFS' MOTIONS FOR ATTORNEYS' FEES, COSTS AND EXPENSES** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs Roberto Islas and Fernando Islas' ("Plaintiffs") Motions for Attorneys' Fees, Costs and Expenses came on for hearing on September 13, 2021, October 21, 2021, November 8, 2021, November 18, 2021, and December 20, 2021, at 8:30 a.m., in

1  Courtroom 9D, of the United States Courthouse located at 350 West 1st Street, Los
2  Angeles, California, 90012, the Honorable George H. Wu, presiding.
3        Daniel Kalinowski of Knight Law Group, LLP appeared telephonically on behalf
4  of Plaintiffs at the above hearings, and Craig A. Taggart of Mortenson Taggart LLP
5  appeared telephonically at the above hearings except for September 13, 2021 which was
6  attended by Michael Mortenson also of Mortenson Taggart LLP on behalf of Defendant
7  Ford Motor Company ("Defendant" or "Ford").  Having read the motion, the memoranda,
8  the declarations, multiple supplemental briefings filed by the parties, and oral argument,
9  on December 20, 2021, the Court ordered Plaintiffs to submit a proposed order consistent
10 with the Court's ruling, as follows:

   1. Plaintiffs' Motion for Attorneys' Fees is GRANTED as follows: Plaintiffs are awarded attorneys' fees in the amount of $17,501.40;
   2. Plaintiffs' Motion for Costs and Expenses is GRANTED as follows: Plaintiffs are awarded costs and expesnses in the amount of $18,746.91;
   3. Plaintiffs are awarded a total amount of attorneys' fees, costs and expenses in the amount of $36,248.31.

       **IT IS HEREBY ORDERED.**

                               **IT IS SO ORDERED**

Dated: January 10, 2022
                               _____
                               Honorable George H. Wu
                               United States District Judge

Prepared by:
**KNIGHT LAW GROUP, LLP**
Daniel Kalinowski (SBN 305087)
*danielk@knightlaw.com*
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs,
ROBERTO ISLAS and
FERNANDO ISLAS